

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2022

No. 04-22-00093-CV

Donald W. **TAYLOR**,
Appellant

v.

**THE RENEGADE RANCH SUBDIVISION ARCHITECTURAL REVIEW COMMITTEE MEMBERS AND TREASURE**: Brian and Dixon Schultz, Kevin and Cynthia Gallagher, Secondary Committee Member, Co-Treasure Jeffrey C. and Vada Michelle Pitts,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16772
Honorable Dennis Powell, Judge Presiding

# O R D E R

Appellant's brief was originally due July 25, 2022. On July 22, 2022, appellant filed a motion requesting an extension of time to file the brief until August 24, 2022. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by August 24, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court